**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-6857**

_____

DONTA L. THORNTON,

                                    Petitioner - Appellant,

        versus

GENE M. JOHNSON, Director of the Virginia
Department of Corrections,

                                    Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Henry Coke Morgan, Jr., District
Judge.  (CA-03-586-2)

_____

Submitted:  July 29, 2004        Decided:  August 5, 2004

_____

Before LUTTIG, MICHAEL, and DUNCAN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Donta L. Thornton, Appellant Pro Se.  Jerry Walter Kilgore,
Attorney General, Robert H. Anderson, III, OFFICE OF THE ATTORNEY
GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Donta L. Thornton seeks to appeal the district court's order accepting a magistrate judge's recommendation to deny his petition filed under 28 U.S.C. § 2254 (2000) as untimely. This order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001). We have independently reviewed the record and conclude that Thornton has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We further deny Thornton's motion to authorize preparation of a transcript at government expense and his motion for all court records. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -